THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Jimmy H. Causey #1,       
Appellant.
 
 
 

Appeal From Richland County
G. Thomas Cooper, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2005-UP-081
Submitted February 1, 2005  Filed February 
 4, 2005

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda P. Hagler, Office 
 of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 Office of the Attorney General;  and  Solicitor Warren Blair Giese, all of Columbia, 
 for Respondent.
 
 
 

PER CURIAM:  Jimmy H. Causey was convicted 
 of armed robbery, first-degree burglary, grand larceny, petit larceny, and six 
 counts of kidnapping.  He received a total sentence of twenty years, and he 
 appeals.  
Pursuant to Anders v. California, 
 386 U.S. 738 (1967), counsel for Causey attached to the final brief a petition 
 to be relieved as counsel, stating she had reviewed the record and concluded 
 that Causeys appeal is without legal merit sufficient to warrant a new trial.  
 Causey filed a separate pro se response.  
After thorough review of the record and the pro 
 se brief pursuant to Anders and State v. Williams, 305 
 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition 
 to be relieved.  
 APPEAL DISMISSED. [1] 
ANDERSON, BEATTY, and SHORT, JJ., concur.

 
 
 [1] Because oral argument would not aid the court in resolving the issues 
 on appeal, we decide this case without oral argument pursuant to Rule 215, 
 SCACR.